UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-cv-60742-BLOOM

JULIUS SEILER,

    Plaintiff,

vs.

JACKSON 06, INC.
d/b/a
Jesse's Xtreme Sports Bar

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties Stipulation Of Dismissal With Prejudice, ECF No. [18]. The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the Stipulation Of Dismissal With Prejudice, **ECF No. [18]**, **is approved and adopted**, and the above-styled case is **DISMISSED WITH PREJUDICE**.  The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties.  Each party is to bear its own attorneys' fees and costs.  To the extent not otherwise disposed of, all pending motions are **denied as moot**.  The CLERK is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 9th day of June, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record